# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**LUIS IGNACIO RIVERA PEREZ**         Case No.   19-03569-ESL

**SILVIA ENID MORALES MORENO**        Chapter 13    Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

---

**I. Appearances**

| | | |
|---|---|---|
| **Debtor** | [X] Present | [ ] Absent |
| **Joint Debtor** | [X] Present | [ ] Absent |
| **Attorney for Debtor** | [X] Present | [ ] Absent |

[ ] Prose

[X] Appearing:   Roberto Figuero Carrasquillo, Esq.

**Date & Time:**   7/31/2019 10:55:00AM

[X] R     [ ] NR    LV:   to be determined.

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

**Banco Popular de P.R. by Mrs. Doris Vilches**

**II. Oath Administered**

[X] Yes          [ ] No

---

**III. Plan**

Date:   06/24/2019       Base:   $10,200.00   Payments 1 made out of 1 due.

**Confirmation Hearing Date:**   9/4/2019  9:30:00AM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

    $4,000.00   -  $900.00   =  $3,100.00

---

**IV. Status of Meeting**

[X] Closed      [ ] Not Held      [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**LUIS IGNACIO RIVERA PEREZ**

**SILVIA ENID MORALES MORENO**

Case No.   19-03569-ESL

Chapter 13   Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br>   [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>[ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

LUIS IGNACIO RIVERA PEREZ                                Case No.   19-03569-ESL

SILVIA ENID MORALES MORENO        Chapter 13        Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP:** 5

**Household size:** 2

**Disp. Income under 1325(b)(2):** -225.56

**Matters:**

**INSUFFICIENT FUNDED, §1325 (b):** Plan is insufficiently funded to pay secured and priority creditors.

**FAILS LIQUIDATION VALUE TEST, §1325(a)(4):**

1) Debtors need to amend Schedule A/B to correct Toyota Yaris year to read 2017, instead of 2016.  Auto is in hands of debtors' daughter, who will continue paying it to Reliable (filed Claim #1).

2) Plan needs to correct provision in Part 8, to reflect that 2017 Toyota Yaris is owed to Reliable, not to BPPR.

3) Trustee will object exemption claimed over Rav4 since it is in possession of debtors' daughter.

4) Trustee will also object exemption claimed under Section 522(d)(8) since debtors have not provided evidence of the cash value.

5) Trustee will object exemption over Section 522(d)(2) since it was taken over 3 vehicles.

**FAILS DISPOSABLE INCOME TEST, Section 1325(b)(1)(1):**

5) SCMI line 18 Debtor has disclose life insurance expense of $526.00.  Debtors stated that these are not term policies, thus, they are not entitlted to the expense.  Amend SCMI accordingly.

6) Amend SCMI since joint debtor's gross income, including the Christmas bonus was approximately $5,884.00.

7) Amend plan to devote part of the Christmas bonus.

**DOES NOT PROVIDE FOR SECURED CREDITOR, §1325(a) (5):**  Plan does not provide for Reliable claim #1.

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**LUIS IGNACIO RIVERA PEREZ**

**SILVIA ENID MORALES MORENO**   Chapter 13   Case No. **19-03569-ESL**

Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

---

**OTHER:** 1) Provide evidence of income from 2nd half of May and 1st half of June.

**The following party(ies) object(s) confirmation:**

**s/Miriam Salwen**     Date: **07/31/2019**

**Trustee/Presiding Officer**     (Rev. 05/13)