IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS IGNACIO RIVERA PEREZ
SILVIA ENID MORALES MORENO
    DEBTOR(S)

CASE NO. 19-03569-ESL
CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
# ON POST CONFIRMATION MODIFIED PLAN DATED 1/24/2024

With respect to the above-referred payment plan with a base of $25,397.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE      [X] UNFAVORABLE

The liquidation value of the estate is : $ 7,792.00 (PV$9,038.00)

The general unsecured pool is : $ 16,530.00

The applicable commitment period (years) is: 5

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** Per PCM filed, case has $47.00 in arrears. Also, last payment was received in the amount of $385.00 instead $532.00 as proposed. Debtors to review.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

**5. [X] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):**

(1) Provide copy of state and federal (if any) tax returns for taxable year 2023. (2) Per evidence of income submitted its appears that debtors received Christmas bonus during November ($700.00 for debtor and $3,118.00 for Joint debtor yearly); however, said income was not included in Schedule I.

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

(1) Amend section 3.1 to correct creditor name to Oriental Bank as per Notice of transfer of claim filed in dkt# 31. (2) Debtors to review section 5.1 to disclose unsecured pool of $16,530.00. ( Se amended Mean test filed in dkt#20).

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 2/1/2024

<u>ROBERTO FIGUEROA</u>

COUNSEL FOR DEBTOR(S)

<u>/s/ Pedro R Medina</u>
Pedro R Medina
USDC #226614

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-GB