**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**LUIS IGNACIO RIVERA PEREZ**
**SILVIA ENID MORALES MORENO**

xxx–xx–7464
xxx–xx–6200

Debtor(s)

Case No. **19–03569 ESL**

Chapter **13**

FILED & ENTERED ON 2/2/24

*ORDER*

This case is before the court upon the unfavorable report (dkt. #79) filed by the chapter 13 trustee regarding the motion for post confirmation modification of chapter 13 plan dated 1/24/24. (dkt. #77). The debtor shall file a reply to the chapter 13 trustee's unfavorable report within 14 days. Upon failure to timely reply, the motion for post confirmation modification will be denied, and the debtor will be ordered to show cause why the case should not be dismissed pursuant to 11 U.S.C. § 1307(c)(7).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, February 2, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge