IN RE:

LUIS IGNACIO RIVERA PEREZ   CASE NO.   19-03569-ESL

SILVIA ENID MORALES MORENO   CHAPTER 13

    DEBTOR(S)

# TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 3/25/2024

With respect to the above-referred payment plan with a base of $28,355.00 the Trustee Renders the following recommendation:

[ ] **FAVORABLE**     [X] **UNFAVORABLE**

The liquidation value of the estate is: $ 7,792.00 (PV: $9,038.00)

The general unsecured pool is: $ 275.50 * 60 = $16,530.00

The applicable commitment period (years) is: 5

**1. [X] FEASIBILITY 11 USC § 1325(a)(6): Per PCM; arrears of $1,479.00 (including March payment)**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 3/26/2024

ROBERTO FIGUEROA
COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

**OSMARIE NAVARRO MARTINEZ**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV